UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA OLIVER, a married woman,<br><br>               Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK NA, a foreign corporation,<br><br>               Defendant. | No.   2:14-CV-0354-SMJ<br><br>**ORDER DISMISSING CASE** |

On February 4, 2015, the parties filed a stipulated dismissal, ECF No. 11. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

   **1.**   The parties' Stipulation for Dismissal, **ECF No. 11**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

   **5.**   The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of February 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2014\Oliver v. Wells Fargo Bank NA-0354\stip.dismiss.lc1.docx

ORDER - 2